UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHARLES TEMO** and
**JANINE TEMO,**

CASE NO.:

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.
_____/

## COMPLAINT

**COME NOW**, Plaintiffs, CHARLES TEMO and JANINE TEMO, by and through their undersigned counsel and hereby sue Defendants, UNITED STATES OF AMERICA and SAFECO INSURANCE COMPANY OF ILLINOIS, a Foreign Profit corporation, and in support thereof state:

### JURISDICTION AND VENUE

1. This action is brought under the Federal Torts Claim Act, 28 U.S.C. Section 1346(b), 2671-2680, and is otherwise within the subject matter jurisdiction of this Court by 28 U.S.C. Section 1346(b).

2. Plaintiffs have exhausted their administrative remedies by complying with all conditions precedent to filing this action. Pursuant to 28 U.S.C. Section 2675(a) the claim set forth herein was presented to the United States Postal Service on August 7, 2018.

3. More than six months before this action was instituted, the claims set forth herein were presented to the United States Postal Service. The agency has since denied said claims.

4. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. Section 1402(b).

### PARTIES

5. Plaintiff, CHARLES TEMO, is a citizen of the United States and resides in Safety Harbor, Pinellas County, Florida.

6. Plaintiff, JANINE TEMO is a citizen of the United States and resides in Safety Harbor, Pinellas County, Florida.

7. At all times material hereto, Defendant, United States of America, was acting in the name of its agency, United States Postal Service, with offices in the State of Florida.

## FACTS

8. On or about November 9, 2017, Defendant, United States of America, owned and its employee, Kha Phuoc Nguyen, operated, with the express and/or implied permission of the United States of America, a 1994 Post Mail Truck, VID #1GBCS104XR2916044, at or near the intersection of Tampa Road and Forest Lakes Boulevard in Oldsmar, Pinellas County, Florida.

9. At such time and place, Kha Phuoc Nguyen, was an employee of the United States Postal Service, an agency of the United States of America, and acted within the scope of his employment.

10. At that time and place, Plaintiff, CHARLES TEMO, was a restrained driver, and his wife, Plaintiff, JANINE TEMO, was a restrained passenger, in a vehicle stopped for a traffic light at the intersection of Tampa Road and Forest Lakes Boulevard, when Kha Phuoc Nguyen, travelling directly behind the Temo's vehicle in the above-referenced postal truck, failed to notice that traffic had stopped for a red light, and slammed into the rear of the Plaintiffs' vehicle.

## COUNT I – NEGLIGENCE AS TO PLAINTIFF CHARLES TEMO

11. Plaintiff, CHARLES TEMO, re-asserts and re-alleges paragraphs 1-10 above, as if fully set forth herein.

12. As a direct and proximate result of the negligent conduct of Kha Phuoc Nguyen, for which Defendant, United States of America, is vicariously liable, Plaintiff, CHARLES TEMO, sustained the following past and present damages:

   a. Bodily injury;

   b. Great physical pain and suffering;

   c. Disability and inability and loss of capacity to lead and enjoy a normal life;

   d. Inconvenience;

   e. Physical impairment;

   f. Disfigurement and scarring;

   g. Loss of or diminution of earnings or earning capacity;

   h. Aggravation of an existing disease or physical defect;

   i. Permanent injury within a reasonable degree of medical probability; and

   j. Medical and related expenses, past and future, incurred in seeking a cure for his injuries.

13. If Defendant were a private person, it would be liable to Plaintiff in accordance with the laws of the State of Florida.

**WHEREFORE**, Plaintiff, CHARLES TEMO, demands judgment against Defendant, UNITED STATES OF AMERICA, and requests a trial by jury on all issues so triable, and requests such other relief to which Plaintiff may be justly entitled.

### COUNT II – NEGLIGENCE AS TO PLAINTIFF JANINE TEMO

14. Plaintiff, JANINE TEMO, re-asserts and re-alleges paragraphs 1-10 above, as if fully set forth herein.

15. As a direct and proximate result of the negligent conduct of Kha Phuoc Nguyen, for which Defendant, United States of America, is vicariously liable, Plaintiff, JANINE TEMO, sustained the following past and present damages:

    a. Bodily injury;

    b. Great physical pain and suffering;

    c. Disability and inability and loss of capacity to lead and enjoy a normal life;

    d. Inconvenience;

    e. Physical impairment;

    f. Disfigurement and scarring;

    g. Loss of or diminution of earnings or earning capacity;

    h. Aggravation of an existing disease or physical defect;

    i. Permanent injury within a reasonable degree of medical probability; and

    j. Medical and related expenses, past and future, incurred in seeking a cure for her injuries.

16. If Defendant, the UNITED STATES OF AMERICA were a private person, it would be liable to Plaintiff in accordance with the laws of the State of Florida.

**WHEREFORE**, Plaintiff, JANINE TEMO, demands judgment against Defendant, UNITED STATES OF AMERICA, and requests a trial by jury on all issues so triable, and requests such other relief to which Plaintiff may be justly entitled.

Respectfully Submitted on this 31st day of January 2019.

Frank D. Butler, Esquire
FBN: 940585
Kelly Ann L. May, Esquire
FBN: 59286
**Frank D. Butler, P.A.**
10550 U.S. Hwy. 19 North

Pinellas Park, FL  33782
Tel: (727)399-2222
Fax: (727)399-2202
Primary: fdblawfirm@aol.com
Secondary: kmay@fightingforfamilies.com
pmartin@fightingforfamilies.com,
kpagnoncelli@fightingforfamilies.com
Counsel for Plaintiff