UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:19-cv-00259-SCB-CPT

**CHARLES TEMO**, and
**JANINE TEMO**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

**COME NOW**, Plaintiffs, CHARLES TEMO and JANINE TEMO, by and through their undersigned attorney, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedures, and file their Notice of Voluntary Dismissal Without Prejudice.

Respectfully submitted this 4th day of April, 2019.

    */s/ Kelly Ann L. May, Esq.*
    Frank D. Butler, Esquire
    FBN: 940585
    Kelly Ann L. May, Esquire
    FBN: 59286
    **Frank D. Butler, P.A.**
    10550 U.S. Hwy. 19 North
    Pinellas Park, FL  33782
    Tel: (727)399-2222
    Fax: (727)399-2202
    Primary: fdblawfirm@aol.com
    Secondary: kmay@fightingforfamilies.com
    pmartin@fightingforfamilies.com,
    Counsel for Plaintiff